UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>SHERIFF'S DEPUTY GUTIERREZ, et al.,<br><br>  Defendants. | CV 11-4343-PSG (SH)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. Section 636(b)(1)(c), the Court has reviewed the First Amended Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

///

///

///

    IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) dismissing all claims against all defendants except deputy Gutierrez without leave to amend, and (3) dismissing Plaintiff's equal protection claim against defendant Gutierrez without leave to amend.

    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff.

DATED: _____September 26, 2012_____

_____

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE