1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
10
11
12
RAYMOND WRIGHT,                    ) CV 11-4343-PSG  (SH)
13                                 )
                                   ) JUDGMENT
14                    Plaintiff,   )
                                   )
15          v.                     )
                                   )
16   SHERIFF'S DEPUTY GUTIERREZ, et al., )
                                   )
17                    Defendants.  )
_____)

18
19          Pursuant to the Order of the Court adopting the conclusions and

20   recommendations of the United States Magistrate Judge,

21          IT IS ADJUDGED that Plaintiff's claims against all defendants except

22   defendant Gutierrez, and Plaintiff's equal protection claim against defendant

     Gutierrez, are dismissed with prejudice.
23

24   DATED:   September 26, 2012

25

26

27                                    _____
                                           PHILIP S. GUTIERREZ
28                                    UNITED STATES DISTRICT JUDGE

                                    1