UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>SHERIFF'S DEPUTY GUTIERREZ,<br><br>　　　　Defendant. | Case No. 2:11-cv-4343-PSG (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

　　IT IS ADJUDGED THAT Judgment be entered in favor of Gutierrez and this case be dismissed with prejudice.

DATED: 1/7/16

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE